# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

National Weather Serv. Employees Org. et al. )
*Plaintiff* )
v. )  Case No.  25-cv-02947-PLF
Donald J. Trump et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs National Weather Service Employees Organization and Patent Office Professional Association.

Date:   09/10/2025

*Attorney's signature*

April H. Pullium, Bar No. 198026
*Printed name and bar number*

O'Donoghue & O'Donoghue LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
*Address*

apullium@odonoghuelaw.com
*E-mail address*

(202) 362-0041
*Telephone number*

(202) 362-2640
*FAX number*