UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL WEATHER SERVICE
EMPLOYEES ASSOCIATION et.al,

        Plaintiff,

      v.

DONALD J. TRUMP et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  25-2947 (PLF)

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Defendants' Objection to Notice of Relatedness [Dkt. No. 12].[1] Concurrently with its filing of the complaint, Plaintiffs filed a notice of related cases. The Notice identified six related cases, five of which were filed in this district and are before the undersigned.[2]  For the reasons discussed below, defendants' objection is overruled.

Plaintiffs' Complaint [Dkt. No. 1] challenges both Executive Order 14343 and Executive Order 14251.  The Court finds that Executive Order 14343, titled "Further Exclusions

---

[1]  The papers reviewed by the Court in connection with this matter include: Complaint for Declaratory and Injunctive Relief ("Compl.") [Dkt. No. 1]; Notice of Related Case ("Notice") [Dkt. No. 2];  Defendants' Objection to Notice of Relatedness ("Defs.' Objection") [Dkt. No. 12]; and Plaintiffs' Response to Defendants' Objection to Notice of Relatedness ("Pls.' Response") [Dkt. No. 13].

[2]  The sixth case identified in Plaintiffs' Notice is in the Northern District of California. See Am. Fed'n of Gov't Emps. v. Trump, Civil Action No. 25-3070 (JD) (N.D. Cal.). The Court does not analyze the relatedness of the Northern District of California case to the other cases now before the undersigned.

from the Federal Labor-Management Relations Program," is a supplemental continuation of Executive Order 14251, titled "Exclusions from the Federal Labor-Management Relations Program" which similarly excluded numerous agencies and subdivisions from the collective bargaining protections of the Federal Service Labor-Management Relations Statute ("FSLMRS") under 5 U.S.C § 7103(b)(1).

In light of this Court's recent Opinion in Am. Fed'n of Labor-Congress of Indus. Orgs. v. Trump, No. 25-2445-PLF, 2025 WL 2301989 (D.D.C. Aug. 11, 2025), the Court considers all the cases before it challenging either of these Orders to be related because the cases (1) "involve common issues of fact" and (2) "grow out of the same event or transaction." See LCvR 40.5(a)(1); League of United Latin Am. Citizens v. Exec. Off. Of the President, Civil Action No. 25-0946-CKK, 780 F.Supp.3d 135, 168 (D.D.C. 2025) ("These three cases are 'related' because they 'grow out of the same event or transaction' – the issuance of Executive Order [ ] – and 'involve common issues of fact' related to the effect of that Executive Order.").

The present case therefore is related to the five other cases pending before the undersigned that challenge Executive Order 14251: Nat'l Treasury Emps. Union v. Trump, Civil Action No. 25-0935-PLF (D.D.C.); Am. Foreign Serv. Ass'n v. Trump, Civil Action No. 25-2030-PLF (D.D.C.); Fed. Educ. Ass'n v. Trump, Civil Action No 25-1362-PLF (D.D.C); Am. Fed'n of Labor-Congress of Indus. Orgs. v. Trump, Civil Action No 25-2445-PLF (D.D.C); and Nat'l Ass'n of Agriculture Emps v. Trump, Civil Action No. 25-2657-PLF (D.D.C.). For these reasons, the present case is also related to the two other cases pending before the undersigned that challenge Executive Order 14343: Nat'l Treasury Emps. Union v. Trump, Civil Action No. 25-2990-PLF (D.D.C); and Am. Fed'n of State, County and Municipal Emps., AFL-CIO v. Trump, Civil Action No. 25-3306-PLF (D.D.C.). In light of the foregoing, it is hereby

2

ORDERED that Defendants' Objection to Noice of Relatedness [Dkt. No. 12] is

OVERRULED.

SO ORDERED.

PAUL L.  FRIEDMAN
United States District Judge

DATE:  10/7/25