IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL WEATHER SERVICE  :
EMPLOYEES ORGANIZATION, et al., :
                                :
    Plaintiffs,                 :
                                :
v.                              : Case No. 1:25-cv-02947 PLF
                                :
DONALD J. TRUMP, et al.,        :
                                :
    Defendants.                 :

DECLARATION OF DR. RICHARD WILLIAM SPINRAD

I, Richard William Spinrad, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I have a Bachelor of Arts degree in earth sciences from The Johns Hopkins University and Master of Science and PhD degrees in oceanography from Oregon State University.

2. From June 2021 through January 2025, I served as Under Secretary of Commerce for Oceans and Atmosphere and Administrator of the National Oceanic and Atmospheric Administration, which includes among its line offices the National Weather Service and the National Environmental Satellite, Data and Information Service.

3. From 2003 until 2010 I was the Assistant Administrator of NOAA for Ocean Services and then Assistant Administrator of NOAA heading its Office of

Oceanic and Atmospheric Research. In July, 2014 I was appointed by the President as the Chief Scientist of NOAA and served in that position until December 2016.

4. From March, 1999 through May 2003, I served as Technical Director in the Office of the Oceanographer of the Navy, serving as the senior civilian in the Command, defining strategy and policy for Navy applied research in oceanographic and meteorological applications. I was awarded the Distinguished Civilian Service Award, which is the highest award give by the Navy to a civilian.

5. I have spent the last 40 years working in ocean, atmosphere, and climate science and policy. As a working scientist I have published over 70 scientific articles, papers, book chapters, and opinion pieces. I have worked in 5 offices of 3 federal agencies, managing research programs, where, in aggregate, I have had acquisition authority for approximately $40B of federal funding. In those offices, I also have developed major policies and supervised tens of thousands of federal employees and contractors. I have served in leading roles for major interagency efforts, reporting directly to the Executive Office of the President. I have also worked in the private sector, having been President of a start-up oceanographic instrumentation firm. I have served as a research assistant, senior faculty (Professor with tenure), and senior administrator (Vice President for Research) in academia, at three different major universities.

6. As NOAA's head of Research, Chief Scientist and subsequently Senate-confirmed Under Secretary and Administrator, I have a detailed knowledge of NOAA's operations, for which I was responsible until earlier this year.

7. I have read the White House Fact Sheet that accompanied Executive Order 14343 and noted the statement: "Today NWS and NESDIS provide weather and climate data that inform the weather forecasting used to plan U.S. military deployments." The statement is true but misleading in isolation. The data which the NWS provides the U.S. military are the same as what the NWS provides to the public. Nothing exclusive is provided. Foreign military, both friend and foe, have access to the same data.

8. NESDIS does track and operate track three weather satellites which comprise the Defense Meteorological Satellite Program ("DMSP") for the Department of Defense. These satellites are scheduled to be decommissioned in 2026 and DOD will operate their replacements.

9. Other than the data obtained from the three satellites in the DMSP program, neither the NWS nor NESDIS provide any weather, ocean or climate data that is not generally available to anyone.

10. Neither NWS or NESDIS have as a primary function intelligence, counterintelligence, investigative, or national security work. The National Weather Service Organic Act of 1890 defines the NWS's primary functions, and no mention is made of national security:

> The Secretary of Commerce shall have charge of the forecasting of weather, the issue of storm warnings, the display of weather and flood signals for the benefit of agriculture, commerce, and navigation, the gauging and reporting of rivers, the maintenance and operation of seacoast telegraph lines and the collection and transmission of marine intelligence for the benefit of commerce and navigation, the reporting of

temperature and rain-fall conditions for the cotton interests, the display of frost and cold-wave signals, the distribution of meteorological information in the interests of agriculture and commerce, and the taking of such meteorological observations as may be necessary to establish and record the climatic conditions of the United States, or as are essential for the proper execution of the foregoing duties.

15 U.S.C. § 313.

11. More recently, when I was Under Secretary for Oceans and Atmosphere, Congress enacted the Weather Research and Forecasting Innovation Act of 2017, and directed me to make the protection of life and property and the enhancement of the national economy the primary priority of NOAA's research:

> **SEC. 101. PUBLIC SAFETY PRIORITY.**
>
> In conducting research, the Under Secretary shall prioritize improving weather data, modeling, computing, forecasting, and warnings for the protection of life and property and for the enhancement of the national economy.

15 U.S.C. § 85011.

_____
RICHARD WILLIAM SPINRAD

Executed on October 11, 2025