IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL WEATHER SERVICE
EMPLOYEES ORGANIZATION, et al.,

    Plaintiffs,

v.

DONALD J. TRUMP, et al.,

    Defendants.

Case No. 1:25-cv-02947-PLF

## DECLARATION OF GABRIEL CHU

I, Gabriel Chu, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I have been employed by the U.S. Patent and Trademark Office as a patent examiner since 2001. I examine patent applications involving computer fault tolerance.

2. I have served as Vice President of the Patent Office Professional Association since May 2025. Immediately before that I served as POPA's Treasurer.

3. On July 18, 2025 the USPTO's Chief Negotiator Jennifer Hayward notified POPA of its intent to decommission the use of legacy software called "PASS" used by the patent examiners who work within the Office of Licensing and Review to screen patent applications whose disclosure may be detrimental to national security to decide whether they should be referred to the defense and intelligence agencies pursuant to the Inventions Secrecy Act for an assessment of whether the invention should be kept

secret and withheld from publication, and the implementation of new screening software called "PASS Next Gen."

4. According to Ms. Hayward's letter of July 18, a copy of which is attached hereto as exhibit A, there are about 25 patent examiners (of the overall 8,600 patent examiners employed by the USPTO) who conduct such a secondary screening of these applications after an initial automated screening by other non-professional USPTO employees represented by another labor organization. This number was later confirmed to us in later discussions.

5. Ms. Hayward's letter invited POPA to a briefing and demonstration of the new software, which led to negotiations over the impact of the implementation of this new software on the 25 patent examiners POPA then represented.

6. During the briefing conducted on July 22 we were informed that of the approximately 650,000 patent applications received by the USPTO each year, approximately 120,000 applications are flagged for screening by the 25 examiners as an ancillary aspect of their primary patent examination duties. Of these 120,000 applications, approximately 10,000 are referred to the defense agencies each year and of that number the defense agencies ask the USPTO to issue secrecy orders covering only about 50 applications each year.

7. In an effort to allow the USPTO to decommission the old software and fully implement the new software by its stated deadline of October 1, 2025, we were fully cooperative and expeditious in the negotiations which followed this briefing. We met for about two hours on July 22, an hour on July 23 and perhaps one-half hour on July 24 and came to an agreement about the process for implementation of the new software.

These understandings are contained in an August 1, 2025 email which Mr. Hayward sent me by way of confirmation which is attached hereto as Exhibit B. In summary, we agreed that the 25 examiners would receive one hour of training on the new system and that for thirty days their hourly production quota of applications screened would be reduced from the standard goal of 25 application an hour to about 18-19 an hour as they became familiar with the new system.

8. The Fact Sheet which the White House issued to accompany Executive Order 14343 incorrectly states that the USPTO assesses whether the release of these patent applications could harm national security. *This is simply not correct.* That assessment is made by the defense agencies themselves, not the 25 patent examiners who spend little more than two minutes per application to determine whether a particular application may warrant referral to the defense agencies for such an assessment.

GABRIEL CHU

Executed on October 23, 2025 in Alexandria, Virginia.

3



## UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents

Date: July 18, 2025

To: Patricia Duffy
President
Patent Office Professional Association

Gabriel Chu
Vice President
Patent Office Professional Association

From: Jennifer Hayward
Chief Negotiator
Labor Relations

Subject: Decommissioning of Legacy PASS system and move to PASS Next Gen

The PASS Legacy system is reaching its end of life due and set to retire on October 1, 2025. The legacy system, PASS web, has security issues making the stand-up of the new PASS Next-Gen system a priority for the Agency. The PASS web system is used by Examiners in Licensing and Review with the occasional assistance of an attorney in the OPLA to conduct security and classification screenings on Patent Applications. Currently there are about 25 Examiners in TC 3600 and the assistance of one attorney in Office of Patent Legal Administration, utilize the PASS web system to conduct secondary screenings of applications that NTEU 243 bargaining unit members in the Office of Patent Application Processing forward to them when they are unable to complete the security/classification screening of a patent application.

The PASS web system will be changed to PASS Next-Gen, thereby incorporating the system into PE2E and accomplish a migration to the cloud at the same time. POPA Bargaining Unit Employees will have the convenience of an intuitive interface and simpler format. Specifically PASS Next-Gen maintains the key functionality from the legacy PASS web system needed to screen applications while streamlining system views to a less cluttered format with easy to identify buttons which provide Examiners streamlined application histories, easy to follow reports, and more clearly defined screens to better read and assess data. (See side-by-side comparison.)

Examiners will continue review the applications while on other time. The Agency would like to provide training to POPA Bargaining Unit Members on July 28, 2025, with make-up training occurring on July 30, 2025. The training takes about 40 minutes, and Management is allowing 20 minutes for questions. (see attached timeline and training materials).

Exhibit A

1

Management would start placing about half of all new, incoming applications into the PASS Next-Gen system for the Phase 1 reviews (NTEU 243 Employees) on August 1. POPA bargaining unit members would start having applications show in the PASS Next-Gen system for a secondary review in less than 24 hours afterwards. All new applications would then start appearing in the PASS Next-Gen System starting September 1. All level 1 work in the PASS web system is schedule to be completed by September 20, 2025, with access to the PASS system for all users to be removed at 11:59pm September 30, 2025. This will allow Examiners 10 days to complete any reviews in the PASS web system before its retirement on October 1, 2025. Management would like to offer an appropriate arrangement to mitigate the negative impact of the change of a 30-day learning curve as it pertains to PASS Next-Gen work starting August 2, 2025.

To help POPA to assess the impacts on bargaining unit employees, we would like to provide POPA a briefing and demonstration of the new system as soon as possible. The attachments include training materials provide you a side-by-side comparison of key screen shots, a timeframe of the implementation and information regarding the PASS legacy and Nex-Gen system.

LR will be sending POPA a meeting invite for the briefing and demonstration soon after providing this notice to POPA. If you have any questions, please contact me.

Chu, Gabriel (AU2114)

| | |
|---|---|
| **From:** | Hayward, Jennifer |
| **Sent:** | Friday, August 1, 2025 8:40 AM |
| **To:** | Chu, Gabriel (AU2114); Chin, Chris (AU1641) |
| **Subject:** | Final understanding of the parties to address the Impact and Implementation issues associated with PASS Nex Gen |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Per our discussions, please find our understandings below.

**Impact and Implementation Negotiations regarding PASS Nex Gen and the Phase out of PASS web.**

**Introduction:**

The parties have discussed the end of POPA bargaining unit employee access to the PASS web system at the close of business September 30, 2025, with PASS web being decommissioned on October 1, 2025. The parties have discussed the transition/implementation schedule of work to the PASS Nex Gen system starting August 7, 2025, for POPA bargaining unit employees that conduct secondary security screenings on patent applications. To this end, management is providing initial training on PASS Nex Gen system to POPA Bargaining Unit Members on August 4, 2025, with make-up training being afforded August 6, 2025.

**Agreements of the parties to mitigate the impact and implementation of the PASS Nex Gen System:**

POPA bargaining unit employees will receive 1-hour of non-production time for the training on the new PASS Nex Gen System. Bargaining unit employees that are unable to attend either PASS Nex Gen System training on August 4th or 6th due to extended approved leave, should contact their supervisor upon their return to work to schedule their PASS Nex Gen training.

Bargaining unit employees will have a 30-day learning curve starting August 7, 2025, during which non-production time for work using the PASS Next Gen system will be granted at 25% above the conventional rate (18-19 an hour) for work done using the PASS web system (25 an hour).

If a functionality in the PASS Nex Gen system does not work, the impacted POPA bargaining unit employee should notify their supervisor (or designee) of the issue and

1

Exhibit B

relay what they were working on when the problem occurred. For that functionality, the impacted POPA bargaining unit employee should then work in the PASS web system until they are notified the functionality in PASS Nex Gen is working again.

Pursuant to Article 17, Section 6.F. of the parties Collective Bargaining Agreement (December 11, 2024), the Agency reaffirms its commitment for the parties to "...meet to discuss development updates and communicate unforeseen adverse impacts of a deployment that may require resolution."

Jennifer Hayward
Chief Negotiator
Office: 571-272-5020
OHR-Labor Relations Division
Office of Human Resources
Care | Collaboration | Expertise
U.S. Patent and Trademark Office
Office Hours (IFP) Generally:
M-F 8:30 to 4:30