IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL WEATHER SERVICE<br>SERVICE EMPLOYEES ORGANIZATION, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>           Defendants. | Case No. 1:25-cv-02947-PLF |

## **[PROPOSED] ORDER**

AND NOW, this \_\_\_\_ day of _____ 2025, upon consideration of the Plaintiff's Motion for a Preliminary Injunction (Dkt. No. \_\_), it is hereby

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that Section 2 of the Executive Order entitled *Exclusions from Federal Labor-Management Relations Programs*, Exec. Order No. 14,251, 90 Fed. Reg. 14553 (Mar. 27, 2025), is unlawful; and it is

FURTHER ORDERED that Section 2 of the Executive Order entitled *Further Exclusions from Federal Labor-Management Relations Programs*, Exec. Order No. 14,343, 90 Fed. Reg. 42683 (Aug. 28, 2025), is unlawful; and it is

FURTHER ORDERED that all Defendants, with the exception of President Trump, are enjoined from implementing Section 2 of Executive Order Nos. 14,251 and 14,343; and it is

FURTHER ORDERED that the parties shall meet and confer and file a joint status report within one week from the date of this Order, proposing a joint schedule for how this case should proceed.

**SO ORDERED.**

Dated: _____          _____
                                          HONORABLE PAUL L. FRIEDMAN
                                          UNITED STATES DISTRICT JUDGE