IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WEATHER SERVICE SERVICE EMPLOYEES ORGANIZATION, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br>  Defendants. | Case No. 1:25-cv-02947-PLF |

**ERRATA TO MOTION FOR PRELIMINARY INJUNCTION FILED BY NATIONAL WEATHER SERVICE EMPLOYEES ORGANIZATION AND PATENT OFFICE PROFESSIONAL ASSOCIATION**

On October 24, 2025, Plaintiffs filed a Motion for Preliminary Injunction and accompanying documents. Plaintiffs have since become aware of a few typographical errors in that filing and now respectfully submit the following Errata:

- **Motion for Preliminary Injunction** (originally filed as ECF No. 15): The Errata changes the requested hearing date to November 14, 2025 (page 1 – the original version erroneously requested November 13, 2025) and corrects the date of the Motion and Certificate of Service to reflect that it was filed on October 24, 2025, not October 23, 2025 (pages 2 and 3).

- **Declaration of Patricia Duffy** (originally filed as ECF No. 15-2): The Errata corrects a typographical error in line 8 of Paragraph 19 (page 9 of the Declaration) by changing the word "not" to "now."

1

- **Declaration of JoAnn Becker** (originally filed as ECF No. 15-3): The Errata contains Ms. Becker's wet ink signature on page 17. The original version contained Ms. Becker's digital signature certified by Adobe.

No other changes have been made to the documents.

Pursuant to the Court's Standing Order 25-55, in addition to filing via CM/ECF, true and correct copies of the aforementioned documents also are being sent via email to the Civil Division of the U.S. Attorney's Office for the District of Columbia at USADC.ServiceCivil@usdoj.gov and to the Civil Chief for the U.S. Attorney's Office for the District of Columbia at brian.hudak@usdoj.gov.

Dated: October 28, 2025

Respectfully submitted,

By:    */s/ Richard J. Hirn*
Richard J. Hirn
D.C. Bar No. 291849
5335 Wisconsin Ave., NW, Suite 440
Washington, D.C. 20015
(202) 274-1812
richard@hirnlaw.com

Keith R. Bolek
Bar No. 463129
April H. Pullium
Bar No. 198026
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue, Suite 800
Washington, D.C. 20015
(202) 362-0041
kbolek@odonoghuelaw.com
apullium@odonoghuelaw.com