IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL WEATHER SERVICE                      :
EMPLOYEES ORGANIZATION, et al.,               :
                                              :
                Plaintiffs,                   :
                                              :
v.                                            :      Case No. 1:25-cv-02947-PLF
                                              :
DONALD J. TRUMP, et al.,                      :
                                              :
                Defendants.                   :

### DECLARATION OF JOANN BECKER

I, JoAnn Becker, declare under the penalty of perjury, pursuant to 28 U.S.C.
§ 1746, that the following is true and correct:

1.  I am employed by the National Weather Service as a meteorologist in
various forecasting positions from March 1995 through October 2007 and from
September 2008 until the present. I am currently a Senior Aviation Meteorologist at
the NWS's Aviation Weather Center in Kansas City, Mo. I have a Bachelor of
Science degree in Atmospheric Sciences from the University of California, Davis and
a Master of Business Administration degree from Baker College in Flint, Michigan.

2.  I have served as President of the National Weather Service Employees
Organization ("NWSEO") since November 2023. I served as Executive Vice
President of NWSEO from October 2019 through November 2023, and I held
various other elected positions in NWSEO going back to 1997.

3.    NWSEO was organized as a labor union in 1976. It has been certified by the Federal Labor Relations Authority ("FLRA") as the exclusive collective bargaining representative of all employees of the National Weather Service nationwide, except for supervisors, managers, and other employees customarily excluded from Federal sector bargaining units under the Federal Service Labor Management Relations Statute, 5 U.S.C. § 7112(b).

4.    According to a January 2025 report provided to us by NWS management, there were 3,251 NWS employees in our FLRA certified "bargaining unit." This unit includes employees in 122 Weather Forecast Offices; 12 River Forecast Centers; several centralized forecasting centers such as the Aviation Weather Center, the National Hurricane Center, the Storm Prediction Center and other specialized forecasting centers comprising the National Centers for Environmental Prediction; the National Water Center; two tsunami warning centers; and various regional and national headquarters elements. The Weather Forecast Offices are located throughout the country, are historically manned 24 hours a day, 365 days a year by meteorologists/forecasters, and are the nation's primary source for weather forecasts, and watches and warnings of severe, dangerous weather.

5.    NWSEO has a collective bargaining agreement with the NWS that became effective in 2021 and expires in 2029. A copy of that agreement can be found here: https://4425dee5-d248-4483-9f2d-

c308dfcd987e.usrfiles.com/ugd/4425dc_23914a08797b477c8b42dfc5c08a28a4.pdf

2

6.    The FLRA has also certified NWSEO as the exclusive collective bargaining representative of approximately 100 non-supervisory, non-managerial employees of the Office of Satellite Products and Operations ("OSPO") in the National Environmental Satellite, Data and Information Service ("NESDIS") which, like the NWS, is one of several "line offices" of the National Oceanic and Atmospheric Administration ("NOAA"), U.S. Department of Commerce. The employees in this separate bargaining unit are primarily technicians who track and command the nation's weather satellites from the NESDIS ground station in Wallops Island, Virginia and at NESDIS's Satellite Operations Facility in Suitland, Maryland.

7.    NWSEO has a collective bargaining agreement with NESDIS covering the employees in OSPO that became effective in 2020. Its original term is five years and the agreement is automatically extended from year to year unless one of the parties provides notice of an intent to renegotiate the agreement. A copy of that agreement can be found here: https://4425dee5-d248-4483-9f2d-c308dfcd987e.usrfiles.com/ugd/4425de_2e4eed40eaf6453ca3cc57432168d68f.pdf

8.    In "Project 2025: Presidential Transition Project" the Heritage Foundation wrote that "the NWS should fully commercialize its forecasting operations." *Mandate for Leadership: The Conservative Promise*, at 675. NWSEO has opposed the efforts of the new Administration to dismantle the NWS.

9.    Through a combination of the Defendant Trump's January 20, 2025 government-wide hiring freeze, the February 14, 2025 mass termination of

probationary employees in NWS and throughout the Federal government, the January 28, 2025 offer of "deferred resignation" with pay until September 2025 (a/k/a the "fork in the road"), and the offering of voluntary separation incentives and voluntary early retirement, the Administration has successfully drawn down the 4,369-member workforce of the National Weather Service by 612 employees between January and June 2025. Attached hereto as exhibit A is a breakdown prepared by NOAA.

10.   As a result of the staffing reductions, 52 of the NWS's 122 Weather Forecast Offices were classified as "critically understaffed" because their vacancy rate exceeded 20%. Some WFOs have a 40% vacancy rate, and at least eight WFOs have been forced to close at night. Eleven offices have restricted or suspended launching weather balloons, which obtain critical data that is fed into numerical weather models.

11.   NWSEO launched an aggressive lobbying and press campaign to oppose these reductions in staff and services and to educate the American public about the risks created by the NWS staffing reductions. I and NWSEO's Legislative Director were interviewed in national and local print and televised media throughout the spring and summer of 2025 providing candid and uninhibited criticism of the Administration's actions. For example, NWSEO's Legislative Director was quoted as stating that "In the last four months, our losses are unprecedented, and our offices are struggling to maintain operations," (New York Times, April 16); "The risk is extremely high – if cuts like this continue to the

4

National Weather Service, people will die," (NBC News May 16); "There is no question that the public safety for the community is at risk," (Kansas Reflector, June 1); "Staffing has to be increased, we have to do this across the country, we need more individuals to do this. Too many things are at stake, too many lives are at stake," (BBC News July 9).

12.  NWSEO officials have been interviewed in over 40 news stories in both national and local media concerning these cutbacks, many of which were unsparing in their criticism of the NWS's understaffing and in disclosing the substantial risks to public safety caused by these cutbacks. These news stories include:

Scott Dance, *As NOAA cuts loom, scientists and industry are pushing back,* WASH. POST, (Mar. 7, 2025), https://www.washingtonpost.com/climate-environment/2025/03/07/noaa-weather-forecasting-centers-close-fear/

Scott Friedman & Edward Ayala, *Forecasters union expresses 'grave concern" about NWS staffing this storm season,* NBC-5 NEWS DALLAS (Mar. 11, 2025), https://www.nbcdfw.com/investigations/forecasters-union-concern-nws-staffing-storm-season/3789560/

Emily Czachor, *Job Cuts at NOAA drive concerns about extreme weather forecasts, as climate change worsens natural disasters,* CBSNEWS.COM (Mar. 13, 2025), https://www.cbsnews.com/news/noaa-national-weather-service-job-cuts-forecast-climate-change-natural-disasters/

Adam Kemp, *As NOAA braces for more cuts, scientists say public safety is at risk,* PBS NEWS HOUR (Mar. 14, 2025), https://www.pbs.org/newshour/nation/as-noaa-braces-for-more-cuts-scientists-say-public-safety-is-at-risk

Emma Ruby, *How Weather Service Layoffs Could Affect North Texas During Tornado Season,* DALLAS OBSERVER (Mar. 25, 2025), https://www.dallasobserver.com/news/how-noaa-layoffs-could-impact-north-texas-during-tornado-season-21988166/

Alice Tecotzky, Nicole Einbinder & Catherine Boudreau, *DOGE cuts have arrived at a federal weather agency. Air travel and hurricane alerts are at risk*, BUSINESS INSIDER (Mar. 27, 2025), https://www.businessinsider.com/doge-noaa-cuts-air-travel-extreme-weather-hurricane-tornado-2025-3

Lauren Rosenthal & Brian Sullivan, *Weather Service Merges Units as Staffing Pressure Rises*, INSUR. JOUR. (Mar. 28, 2025), https://www.insurancejournal.com/news/national/2025/03/28/817609.htm

Lisa Friedman, *Weather Service Prepares for 'Degraded Operations' Amid Trump Cuts,* N.Y. TIMES (Apr. 16, 2025), https://www.nytimes.com/2025/04/16/climate/national-weather-service-forecast-doge-trump.html

Lisa Friedman, *Weather Service Prepares for 'Degraded Operations' Amid Trump Cuts,* SEATTLE TIMES (Apr. 16, 2025), https://www.seattletimes.com/nation-world/nation-politics/weather-service-prepares-for-degraded-operations-amid-trump-cuts/

Scott Dance, *NOAA Scrambles to fill forecasting jobs as hurricane season looms*, WASH. POST (May 14, 2025), https://www.washingtonpost.com/weather/2025/05/14/national-weather-service-vacancies-hurricane-season/

Daniel Clark, *NWS offers employees new jobs in new locations*, E & E NEWS (May 15, 2025), https://www.eenews.net/articles/nws-offers-employees-new-jobs-in-new-locations/

Andrea Thompson, *How Trump's National Weather Service Cuts Could Cost Lives*, SCIENTIFIC AM. (May 13, 2025), https://www.scientificamerican.com/article/how-trumps-national-weather-service-cuts-could-cost-lives/

Judson Jones, *The Weather Service Had a Plan to Reinvent Itself. Did DOGE Stop It?*, N.Y. TIMES (May 15, 2025), https://www.nytimes.com/2025/05/15/us/politics/national-weather-service-cuts-trump.html

Judson Jones, *After Cuts, a Kentucky Weather Office Scrambles for Staffing as Severe Storms Bear Down*, N.Y. TIMES (May 16, 2025), https://www.nytimes.com/2025/05/16/weather/nws-cuts-kentucky-tornado.html

Evan Bush, *NOAA is scrambling to fill forecasting jobs after cuts to the National Weather Service*, NBCNEWS.COM (May 16, 2025), https://www.nbcnews.com/science/environment/noaa-scrambling-fill-forecasting-jobs-cuts-national-weather-service-rcna207050

Eduardo Cuevas, *Kentucky NWS forecast office faced federal staffing cuts before deadly tornadoes hit*, USA TODAY (May 17, 2025), https://www.usatoday.com/story/news/nation/2025/05/17/kentucky-national-weather-service-forecast-office-staff-cuts/83693800007/

Joe Edwards, *Kentucky NWS Faced Staff Cuts Before Deadly Tornado Hit: Report*, NEWSWEEK.COM (May 18, 2025), https://www.newsweek.com/kentucky-nws-staff-cuts-before-deadly-tornado-hit-reports-2073733

Dinak Pulver, *First came the weather service staffing cuts. Then came the tornadoes*, USA TODAY (May 20, 2025), https://www.usatoday.com/story/news/nation/2025/05/20/weather-service-offices-struggling-with-staffing-cuts-face-tornadoes/83728477007/

Christopher Sales, *Tornados Expose staffing crisis at National Weather Service*, WMUR.com (May 20, 2025), https://www.wmur.com/article/tornadoes-expose-staffing-crisis-at-national-weather-service/64817880

David Raile, *National Weather Service cuts overnight forecasters in multiple states*, NBCRIGHTNOW.COM (May 20, 2025), https://www.nbcrightnow.com/news/national-weather-service-cuts-overnight-forecasters-in-multiple-states/article_109676ee-a19e-4308-ac0f-a528def6fcc2.html

Robert Cronkleton, *National Weather Service cuts concern KC-area officials*, KAN. CITY STAR (May 27, 2025), https://www.kansascity.com/news/weather-news/article306988311.html

Claire Powell, *Missouri National Weather Service offices share workload to manage staffing cuts*, KBIA.COM (May 28, 2025), https://www.kbia.org/kbia-news/2025-05-28/missouri-national-weather-service-offices-share-workload-to-manage-staffing-cuts

Rhyan Henson, *National Weather Service employees warn cuts could impact severe weather coverage*, KFVS.12.COM (May 31, 2025), https://www.kfvs12.com/2025/05/31/national-weather-service-employees-warn-cuts-could-impact-severe-weather-coverage/

Max McCoy, *No 24-hour National Weather Service in Goodland, Kansas? We'll pay, one way or another*, KAN. REFLECTOR (June 1, 2025),

https://kansasreflector.com/2025/06/01/no-24-hour-national-weather-service-in-goodland-kansas-well-all-pay-one-way-or-another/

Chelsea Harvey, *Chaos at FEMA, NOAA as hurricane season starts*, E & E NEWS (June 2, 2025), https://www.eenews.net/articles/chaos-at-fema-noaa-as-hurricane-season-starts/

Aliss Higham, *National Weather Service Launches New hiring Spree After DOGE Cuts*, NEWSWEEK (June 3, 2025), https://www.newsweek.com/national-weather-service-hiring-spree-doge-cuts-2080291

Tracy Wholf & Manuel Bojorquez, *Short-staffed NWS enters hurricane season in "uncharted territory." Meteorologists share their concerns.*, CBSNEWS.COM (June 3, 2025), https://www.cbsnews.com/news/nws-staff-hurricane-season-meteorologists-concerns/

Kimberly Miller, *2025 hurricane season could see degraded forecasts because of weather service cuts*, PALM BEACH POST (June 6, 2025), https://www.palmbeachpost.com/story/weather/hurricane/2025/06/06/hurricane-season-2025-forecasts-could-be-hurt-by-trump-budget-cuts/84046444007/

Alejandra Martinez, *Staff vacancies hit Texas weather offices as they brace for a busy hurricane season*, TEX. TRIBUNE (June 9, 2025), https://www.texastribune.org/2025/06/09/texas-noaa-hurricane-season-forecast-nws-trump-cuts/

Christopher Leach, *NWS office in Eastern Kentucky reports outage with severe storms on the way*, LEXINGTON HERALD-LEADER (June 9, 2025), https://www.kentucky.com/news/weather-news/article308217840.html

Emily Kennard & Claire Heddles, *The National Weather Service Hasn't Staffed Back Up for Hurricane Season*, NOTUS.ORG (June 13, 2025), https://www.notus.org/climate-environment/national-weather-service-staff-hurricane-season

Leona Larson, *Cuts to the federal workforce leave National Weather Service Offices in Michigan shorthanded*, WMUK.ORG (June 23, 2025), https://www.wmuk.org/wmuk-news/2025-06-23/cuts-to-the-federal-workforce-leave-national-weather-service-offices-in-michigan-shorthanded

Christopher Flavelle, *As Floods Hit, Key Roles Were Vacant at Weather Service Offices in Texas*, N.Y. TIMES, (July 5, 2025), https://www.nytimes.com/2025/07/05/us/politics/texas-floods-warnings-vacancies.html

Peter Aitken, *Weather Service Staffing 'Clearly a Concern' Ahead of Deadly Texas Floods,* NEWSWEEK, (July 5, 2025), https://www.newsweek.com/weather-service-staffing-clearly-concern-deadly-texas-floods-2095053

Kayla Epstien, *"Lives are at stake:" Deadly Texas storms put spotlight on Trump's weather agency cuts,* BBC.COM (July 9, 2025), https://www.bbc.com/news/articles/cx23ye0xnnvo .

Mose Buchele, *These meteorologists spent years at the NWS in Texas. Here's what they think of staffing issues,* HOUSTON PUBLIC MEDIA (July 10, 2025), https://www.houstonpublicmedia.org/articles/news/weather/2025/07/10/526154/these-meteorologists-spent-years-at-the-nws-in-texas-heres-what-they-think-of-staffing-issues/

Skyler Swisher, *'Sledgehammer' to science: Job cuts, Trump budget plans spark hurricane fears,* ORLANDO SENTINEL (July 10, 2025), https://www.orlandosentinel.com/2025/07/09/trump-budget-cuts-threaten-accuracy-of-hurricane-forecasts-scientists-warn/

Joan Murray, *Staffing shortages at NOAA, National Weather Service raise safety concerns in South Florida,* CBS NEWS MIAMI (July 11, 2025), https://www.cbsnews.com/miami/news/staffing-shortages-at-noaa-national-weather-service-raise-safety-concerns-in-south-florida/

Rong-Gong Lin II, *Trump cuts to California National Weather Service leave 'critical' holes: "it's unheard of,"* L.A. TIMES (July 16, 2025), https://www.latimes.com/california/story/2025-07-16/trump-cuts-to-california-national-weather-service-leave-critical-holes-its-unheard-of

Justin Dowd, *National Weather Service predicts up to five major hurricanes in updated forecast for 2025 season,* HOUSTON PUBLIC MEDIA, (Aug. 8, 2025), https://www.houstonpublicmedia.org/articles/news/weather/2025/08/08/528353/national-weather-service-predicts-up-to-five-major-hurricanes-in-updated-forecast-for-2025-season/v

Kristen Hains, *Forecasting the next storm from another state,* TRAVERSE CITY RECORD-EAGLE (Aug. 14, 2025), https://www.record-eagle.com/news/local_news/forecasting-the-next-storm-from-another-state/article_4c512084-45be-417d-b813-173f21dbe512.html

13.  In addition to the cutback in services and staffing at the NWS, NWSEO has also aggressively opposed numerous Trump Administration's other attacks on the civil service through the negotiated grievance and arbitration procedure in the NWS-NWSEO collective bargaining agreement.

14.  Under the NWS-NWSEO collective bargaining agreement, the agency is required to make a temporary promotion of an existing employee "as soon as practicable" after a position becomes vacant, pending selection of a permanent replacement. As a result of the government-wide hiring freeze imposed by Defendant Trump on January 20, 2025, the NWS refused to make these required temporary promotions but instead assigned employees the higher graded duties of these prolonged vacancies without higher graded pay. NWSEO grieved this violation of the parties' collective bargaining agreement. (See exhibit B hereto).

15.  But instead of providing a response to the merits of the grievance as required by the agreement, on June 9 the NWS sent us a caustic letter demonstrating the Administration's anti-union animus. The letter read:

Your April 2, 2025 communication in which you filed a grievance concerning temporary promotions seeks, *inter alia*, that all temporary promotions resume, employees receive back pay, and the Union receive attorney's fees. Providing a response to your grievance would contravene with the current priorities of the administration. Therefore, the Department will not be issuing a response.

(See exhibit C attached hereto). The union invoked arbitration nonetheless and the Federal Mediation and Conciliation Service appointed Arbitrator Sarah Espinosa to arbitrate the matter. Arbitrator Espinosa has scheduled a hearing date for December 16, 2025.

16. Although most NWS employees are weather forecasters or others engaged in operations that normally require them to be in a forecast facility to monitor and forecast the weather, flooding, and tsunamis, over 360 employees represented by NWSEO whose work is more administrative or can be performed from outside the office have routinely teleworked. This right to telework was confirmed in an agreement negotiated in 2022 at the end of the COVID pandemic which demonstrated that many duties performed by NWS employees could be successfully and efficiently performed at home. This agreement was then incorporated into the NWS-NWSEO collective bargaining agreement. Even operational employees were guaranteed the right to telework when assigned to supernumerary or administrative non-operational shifts. This all came to an end when the NWS implemented President Trump's January 20, 2025 "Return to In-Person Work" order by cancelling telework throughout the NWS.

17. On April 9, 2025 NWSEO grieved this violation of the NWSEO-NWS collective bargaining agreement. (See exhibit D attached hereto). Once again, instead of providing a substantive response to this grievance, the NWS sent us a another caustic letter stating:

> Providing a response to your grievance would contravene the current priorities of the administration. Therefore, the Department will not be issuing a response.

(See exhibit E attached hereto). The union again invoked arbitration and the Federal Mediation and Conciliation Service appointed Arbitrator Joshua Javits to

11

arbitrate the grievance. Arbitrator Javits scheduled a hearing for November 20, 2025.

18. In 2002, NWSEO was granted "national consultation rights" by the Department of Commerce. Under the FSLMR Statute, before it changes conditions of employment at an agency or departmentwide level, those unions that have national consultation rights must be afforded prior notice and "a reasonable time to present its views and recommendations regarding the changes." The agency must then "consider the views or recommendations before taking final action" and "provide the labor organization a written statement of the reasons for taking the final action." 5 U.S.C. § 7113. On January 24, 2025 the Department of Commerce unilaterally eliminated its telework program without providing NWSEO a reasonable opportunity to present its views as required by the FSLMR Statute.

19. NWSEO filed an unfair labor practice charge with the FLRA over this violation of its consultation rights. See exhibit F attached hereto. The FLRA's Office of General Counsel investigated the matter and advised us that it had determined that the Department of Commerce had committed an unfair labor practice in violation of the FSLMR Statute and that it intended to issue a formal unfair labor practice complaint against the Department when a General Counsel of the Authority is nominated and confirmed.

20. On August 29, 2025 I received a letter from the Director of NOAA's Workforce Relations Division informing NWSEO that pursuant to the President's August 28 Executive Order the NWS "hereby terminates any and all collective

12

bargaining agreements currently in effect between NWS and the National Weather Service Employees Organization (NWSEO). This is effective immediately." A copy of this letter is attached as exhibit G.

21.    Also on August 29, 2025, NWSEO's Regional Chair for the NESDIS bargaining unit received a similar letter terminating all collective bargaining agreements in effect between NWSEO and NESDIS's Office of Satellite Products and Operations. A copy of that letter is attached as exhibit H.

22.    On September 4, 2025 counsel for the U.S. Department of Commerce that had been representing the NWS in the arbitration case involving the agency's failure to make temporary promotions sent Arbitrator Espinosa a letter stating that as a result of the August 28 Executive Order the collective bargaining agreement with NWSEO had been terminated and therefore "the NWS will not be participating in any arbitrations invoked pursuant to any terminated collective bargaining agreements, including the arbitration . . . scheduled for December 16, 2025." (See exhibit I attached hereto).

23.    Similarly, on September 4, 2025 counsel for the U.S. Department of Commerce that had been representing the NWS in the arbitration case involving the termination of telework throughout the NWS sent Arbitrator Javits a letter stating that as a result of the August 28 Executive Order and the cancellation of its collective bargaining agreement with NWSEO, "the NWS will not be participating in any arbitrations invoked pursuant to any terminated collective bargaining

13

agreements, including the arbitration . . . scheduled for November 20, 2025." (See exhibit J attached hereto).

24.    The termination of the NWS and NESDIS collective bargaining agreement has resulted in the termination of the automatic dues withholding from union members' paychecks in those agencies, through which NWSEO received almost all of its income. In the two-week pay period immediately preceding the Executive Order, NWSEO received $ 42,514 in dues from its members in the NWS and NESDIS through the automatic dues withholding authorized by the FSLMR Statute.

25.    Under the NWS-NWSEO collective bargaining agreement, I was released from my forecasting duties at the Aviation Weather Center to perform representational duties on behalf of NWSEO and those employees it represents at the NWS full-time. That use of "official time" as it is referred to in and authorized by the FSLMR Statute was immediately terminated by the NWS. Similarly, under the collective bargaining agreement, the union's Vice President (who is a forecaster at the Raleigh Weather Forecast Office) was authorized 60 hours a pay period of "official time," NWSEO's Secretary-Treasurer (who is an Observing Program Leader at the Shreveport Weather Forecast Office) and each of its eight Regional Chairs were authorized 16 hours a pay period of "official time" per pay period. The NWS has cancelled this official time and no longer permits our officers to engage in representational activities on duty time (nor do they continue to recognize these union officers as union representatives at all).

26.   Each of the union's local stewards at each forecast office or other facility are authorized a reasonable amount of "official time" on as-needed basis by our collective bargaining agreement to resolve local workplace disputes and to engage in collaborative discussions with management to improve office operations (known in the agreement as "Local Office Teams"). This official time has also been canceled, along with these collaborative "Local Office Teams."

27.   The use of "official time" by NWSEO's representatives in the Office of Satellite Products and Operations at NESDIS authorized by their collective bargaining agreement has also been terminated.

28.   The withdrawal of recognition of NWSEO has come at a most vulnerable time for the future of our members' employment security. The NWS is in the planning stages of a major transformation of its staffing and operations. It is developing a new "operations model" that will fundamentally change how the NWS issues weather forecasts and watches, as well as who will issue them.

29.   Presently, and historically, the weather forecasts the NWS issues to the public are prepared by the meteorologist forecasters on shift at each of the 122 Weather Forecast Offices located throughout the country, based on computer-generated model guidance, updated local weather observations, and the forecasters' knowledge and judgment of local climatological conditions and weather patterns. Similarly, these local forecasters issue weather "watches" when there is a possibility of significant or hazardous weather occurring in the next 24 or 48 hours.

15

30.  As part of this new "operations model," NWS leadership has proposed to remove the responsibility for preparing and issuing local forecasts from the forecasters in the 122 Weather Forecast Offices ("WFOs") and centralize them. In addition, NWS leadership has proposed removing from these local forecasters and centralizing the responsibility to issue weather "watches" (although they would retain the responsibility to issue more imminent and certain "warnings" of severe weather). This will represent a fundamental and dramatic change in the manner in which the NWS operates and represents a dramatic shift in the NWS's forecasting philosophy. The last major change of this scale occurred in the 1990s when the NWS increased the number of Weather Forecast Offices from around 50 to 122 so that the local communities could benefit from more localized weather forecasting.

31.  NWSEO believes that these proposed changes jeopardize both the quality of the services provided to the public and the long-term employment security of the approximately 1300 forecasters employed at the 122 Weather Forecast Offices.

32.  NWS leadership has also proposed hiring oceanographers, physical scientists, marine biologists or specialists in sciences other than atmospheric sciences for positions at the Weather Forecast Offices. NWSEO is concerned that this may pose a threat to the employment security of the meteorologists currently employed at these WFOs if these new categories of employees replace existing employees rather than augment current staff.

33.  The FSLMR Statute requires Federal agencies to negotiate with their unions the "implementation and impact" of management-initiated changes in

16

operations and organization such as the NWS transformation, as well as "appropriate arrangements for employees adversely affected" by changes initiated by agency management. See 5 U.S.C. § 7106(b)(3). The cancellation of NWSEO's collective bargaining rights leaves NWS employees totally unprotected during this "transformation" because the collective bargaining representative that they have selected – NWSEO – will no longer be able to bargain over the impact and implementation of this on-going "transformation" or for "appropriate arrangements" for those employees whose careers will be adversely affected by these changes.

JOANN BECKER

Executed on October 4, 2025 at Kansas City, Mo.

17

# EXHIBIT
# A

|  | TOTAL NWS-WIDE |
|---|---|
| **Staffing Starting Point (January 2025)** | 4,369 |
| **Regular Separations Jan - March 2025 (Part 1)** | 20 |
| **Took DRP Feb 2025** | 162 |
| **Remaining After DRP Losses Feb 2025** | 4,187 |
| **Probationary Terminated March 2025** | 100 |
| **Remaining After Probationary Terminated March 2025** | 4,087 |
| **Took VERA/ VSIP April 2025** | 284 |
| **Remaining After VERA/VSIP April 2025** | 3,803 |
| **Regular Separations April - June 2025 (Part 2)** | 46 |
| **Regular Separations Total Jan - June 2025** | 66 |
| **Total Remaining June 2025** | 3,757 |

# EXHIBIT
# B



National Weather Service
Employees Organization

Mr. Kenneth Graham
Director, National Weather Service
1325 East West Highway
Room 18130
Silver Spring, MD 20910

April 2, 2025

Dear Mr. Graham:

This is a Union Grievance filed pursuant to Article 10, Section 11(B) of the parties' 2021 Collective Bargaining Agreement (CBA) on behalf of all the NWS bargaining unit employees who have been adversely impacted by management's unilateral failure to provide temporary promotions as agreed to in the parties' CBA. Specifically, this grievance is over the widespread violation of Article 16, *Section 2* throughout the National Weather Service (NWS) and a statutory unfair labor practice.

On February 3, 2025, management notified an NWS bargaining unit employee from the Southern Region they were stopping all temporary promotions, including his (exhibit 1). On February 4, 2025, management informed Union leadership in the Pacific Region that management was canceling all temporary promotions (exhibit 2). Subsequently, the Union received additional complaints that employees' temporary promotions were rejected by management, and there was some confusion of whether these actions might have been wrongly denied due to their possibly being a misunderstanding between hiring freeze actions and temporary promotions. As a result, the Union requested and was granted an extension to file a grievance until April 3 (exhibit 3) to allow management the opportunity to correct the issue and to gather more information if the evidence suggested a grievance was warranted. Subsequently, the Union filed a Request for Information on Feb 20, 2025, to gather data to better assess the potential of these unilateral impacts on employees.

We have been told that the temporary promotions have not been made because of the January 20 Presidential memorandum ordering a hiring freeze. It is an unfair labor practice to implement a government wide rule and regulation issued after the effective date of a collective bargaining agreement if it conflicts with that collective bargaining agreement. 5 U.S.C. section 7116(a)(7). Further there is nothing in the January 20 Presidential memorandum that restricts temporary promotions and the order itself states that: "This memorandum does not abrogate any collective bargaining agreement in effect on the date of this memorandum." (exhibit 4). However, temporary promotion paperwork starting after this date have been stalled, violating Article 16 of the 2021 Collective Bargaining Agreement, which states "a temporary promotion

1

will be made as soon as practicable". Correspondence between the Talent Management Service Center in regard to one employee inquiring about his paperwork stated "*There was no temporary promotion processed for Mr. Sullivan, so there is no pay to be paid to the employee. A Temporary Promotion action with an effective date of 01/26/25 was requested, but it was restarted, as it was not in line with the hiring freeze guidelines for permissible actions.*" (exhibit 5) This is not in line with the President's memorandum or the contract.

At this time, there are several members of the bargaining unit that are filling the vacant Lead Meteorologist or Hydrologist slot and not being paid since the paperwork was not processed. These employees are:

- Kevin Kacan, Meteorologist, WFO Detroit MI (January 26 - February 15)
- Shelby Fuller, Meteorologist, WFO Cheyenne WY (January 26 - February 8)
- Dan Hoffman, Meteorologist, WFO Sterling VA (February 23-April 19)
- James Sullivan, Meteorologist, WFO Cleveland OH (January 26-March 8)
- Peter Speck, Meteorologist, WFO Albany NY (February 9 - May 31)
- Charles Bowen, Meteorologist, WFO Morehead City NC (February 9 - March 8)
- Jim Westland, Meteorologist, WFO Birmingham AL (January 26 - March 8)
- Stephen Travis, Hydrologist, Mid-Atlantic RFC (March 9-May 31)

As relief for this grievance, we demand that temporary promotions resume immediately and retroactively and that each impacted employee listed above receives any applicable back pay for lost wages with interest and wage related fringe benefits, including TSP contributions. In addition, the union demands its attorney fees incurred in preparing and prosecuting this grievance pursuant to the Back Pay Act.


Sincerely yours,

Brandon Dunstan

Acting NWSEO National President


Attachments (5)

# EXHIBIT C



**U.S. DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric**
**Administration**
NATIONAL WEATHER SERVICE
1325 East-West Highway
Silver Spring, Maryland  20910-3283

June 9, 2025

Mrs. JoAnn Becker
601 Pennsylvania Avenue, NW
Suite 900, South Building
Washington, DC 20004

Dear Mrs. Becker:

RE: Temporary Promotions grievance

Your April 2, 2025 communication in which you filed a grievance concerning temporary promotions seeks, *inter alia*, that all temporary promotions resume, employees receive back pay, and the Union receive attorney's fees.  Providing a response to your grievance would contravene with the current priorities of the administration.  Therefore, the Department will not be issuing a response.

Sincerely,

David Murray
Designee for NWS Labor-Management Relations



# EXHIBIT

# D



National Weather Service
Employees Organization

Ken Graham
Director, National Weather Service
1325 East West Highway
Room 18130
Silver Spring, MD 20910

April 9, 2025

Dear Mr. Graham:

This is a Union Grievance filed pursuant to Article 10, Section 11(B) of the parties' 2021 Collective Bargaining Agreement (CBA) on behalf of all the NWS bargaining unit employees whose telework or remote work agreements were cancelled on March 21, 2025, which we believe covers and affects virtually all bargaining unit members (see attached list of regular/routine and remote work employees).

1.      The cancellation of the telework agreements and termination of telework programs in the NWS not only violates but repudiates the parties' February 24, 2022 Memorandum of Understanding, *COVID-19 Reintegration Plan and Telework Policy*, later incorporated into the parties' master collective bargaining agreement by an MOU of August 15, 2022. Section 4 contains a promise that "[m]oving forward, the NWS will provide increased opportunities for telework above pre-pandemic levels. Decisions will be data and employee driven." It also provides that "telework flexibilities should be considered to the greatest extent that is practicable given needs of operations and in person interactions between team members and with our partners" and that any limitations placed on telework "should be based on job functions, documented misconduct, or performance-related challenges specific to telework, and other mission related priorities, however, rather than mere managerial preference."

2.      The cancellation of unit employees' remote work agreements violates past practice, and past practices are an implicit term of the parties' collective bargaining agreement. Management also violated Article 8, section 5 and 6 of the agreement because the NWS changed conditions of employment by unilaterally terminating remote work agreements and arrangements without providing the union with an opportunity to engage in either substantive or impact bargaining following the contractually mandated procedures.

3.      a.      The breach of the February 24, 2022 Memorandum of Understanding is a patent breach that goes to the heart of that agreement and therefore constitutes an unfair labor practice in violation of the Federal Service Labor Management Relations Statute 5 U.S.C. § 7116(a)(1) and (5).

b.  And because it enforces President Trump's January 20, 2025 *Return to Work* order and related Department of Commerce policies enforcing that order, it also violates § 7116(a)(7) which makes it an unfair labor practice "to enforce any rule or regulation . . . which is in conflict with any applicable collective bargaining agreement if the agreement was in effect before the date the rule or regulation was prescribed."

c.  The unilateral termination of remote work agreements and arrangements without providing the union notice and an opportunity to bargain also constitutes a violation of the statutory duty to bargain in good faith, which is an unfair labor practice that violates Statute 5 U.S.C. § 7116(a)(1) and (5).

4.  The termination by the Department of Commerce, NOAA and the National Weather Service of their telework programs also violates the following statutes which mandate that the Department conduct telework programs and allow employees to telework to the maximum extent possible:

**a.  Department of Transportation and Related Agencies Appropriations Act 2001, Pub. L. No. 106- 346, 114 Stat. 1356A-36:**

SEC. 359. Each executive agency shall establish a policy under which eligible employees of the agency may participate in telecommuting to the maximum extent possible without diminished employee performance. Not later than 6 months after the date of the enactment of this Act, the Director of the Office of Personnel Management shall provide that the requirements of this section are applied to 25 percent of the Federal workforce, and to an additional 25 percent of such workforce each year thereafter.

**b.  Commerce, Justice, and State, the Judiciary and Related Agencies Appropriations Act, 2004, Pub. L. No. 108-199, 111 Stat. 99:**

SEC. 627. The Departments of Commerce, Justice, State, the Judiciary, and the Small Business Administration shall each establish a policy under which eligible employees may participate in telecommuting to the maximum extent possible without diminished employee performance: *Provided*, That, not later than 6 months after the date of the enactment of this Act, each of the aforementioned entities shall provide that the requirements of this section are applied to 100 percent of the workforce: *Provided further*, That, of the funds appropriated in this Act for the Departments of Commerce, Justice, and State, the Judiciary, and the Small Business Administration, $200,000 shall be available to each Department or agency only to implement telecommuting programs: *Provided further*, That, every 6 months, each Department or agency shall provide a report to the Committees on Appropriations on the status of telecommuting programs, including the number of Federal employees eligible for, and participating in, such programs, and uses of funds designated under this section: *Provided further*, That each Department or agency shall designate a ''Telework Coordinator'' to be responsible for overseeing the implementation of telecommuting programs and serve as a point of contact on such programs for the Committees on Appropriations.

  c.  **Commerce, Justice, and State, the Judiciary and Related Agencies Appropriations Act, 2005, Pub. L. No. PL 108-447, 118 Stat. 2919:**

> SEC. 622. The Departments of Commerce, Justice, State, the Judiciary, the Securities and Exchange Commission and the Small Business Administration shall, not later than two months after the date of the enactment of this Act, certify that telecommuting opportunities are made available to 100 percent of the eligible workforce: *Provided,* That, of the total amounts appropriated to the Departments of Commerce, Justice, State, the Judiciary, the Securities and Exchange Commission and the Small Business Administration, $5,000,000 shall be available only upon such certification: *Provided further,* That each Department or agency shall provide quarterly reports to the Committees on Appropriations on the status of telecommuting programs, including the number of Federal employees eligible for, and participating in, such programs: *Provided further,* That each Department or agency shall designate a ''Telework Coordinator'' to be responsible for overseeing the implementation and operations of telecommuting programs, and serve as a point of contact on such programs for the Committees on Appropriations.

  d.  **Science, State, Justice, Commerce and Related Agencies Appropriations Act, 2006, PL 109—108, 119 Stat. 2340-2341:**

> SEC. 617. The Departments of Commerce, Justice, and State, the Securities and Exchange Commission and the Small Business Administration shall, not later than two months after the date of the enactment of this Act, certify that telecommuting opportunities have increased over levels certified to the Committees on Appropriations for fiscal year 2005: *Provided*, That, of the total amounts appropriated to the Departments of Commerce, Justice, and State, the Securities and Exchange Commission and the Small Business Administration, $5,000,000 shall be available to each only upon such certification: *Provided further*, That each Department or agency shall provide quarterly reports to the Committees on Appropriations on the status of telecommuting programs, including the number and percentage of Federal employees eligible for, and participating in, such programs: *Provided further*, That each Department or agency shall maintain a ''Telework Coordinator'' to be responsible for overseeing the implementation and operations of telecommuting programs, and serve as a point of contact on such programs for the Committees on Appropriations.

  e.  **Telework Enhancement Act of 2010, Pub. L. No. 111-192, 124 Stat. 3165, Title 5 U.S.C. § 6501 et seq.:**

> "[T]he head of each executive agency shall . . . establish a policy under which eligible employees of the agency may be authorized to telework. . . and. . . notify all employees of the agency of their eligibility to telework."

As relief we demand that all telework and remote work agreements and programs be restored immediately and that the NWS comply with the parties' agreement and the statutes governing telework.

Sincerely,

JoAnn Becker

Digitally signed by JoAnn
Becker
Date: 2025.04.09 10:00:51
-05'00'

JoAnn Becker
President

Attachment

# EXHIBIT E



**U.S. DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric**
**Administration**
NATIONAL WEATHER SERVICE
1325 East-West Highway
Silver Spring, Maryland  20910-3283

May 27, 2025

Mrs. JoAnn Becker
601 Pennsylvania Avenue, NW
Suite 900, South Building
Washington, DC 20004

Dear Mrs. Becker:

RE: Termination of BU Employee's Telework and Remote Work Agreements Grievance

Your April 9, 2025 communication, in which you filed a grievance, seeks a response to your allegation that NWS has committed an unfair labor practice with respect to the termination of bargaining unit employees' telework and remote work agreements.  Providing a response to your grievance would contravene the current priorities of the administration.  Therefore, the Department will not be issuing a response.

Sincerely,

David Murray
Designee for NWS Labor-Management Relations



# EXHIBIT

# F



**UNITED STATES OF AMERICA**
**FEDERAL LABOR RELATIONS AUTHORITY**

**Charge Against an Agency**

**FOR FLRA USE ONLY**

Case No.
eOGC021290

Date Filed

| 1. AGENCY AGAINST WHICH CHARGE IS BROUGHT | 2. CHARGING PARTY |
|---|---|
| a. Name of Agency (include address, city, state, & ZIP)<br>Name of Charging Party Organization or Individual – US DEPARTMENT OF COMMERCE<br>N/A<br>N/A<br>City of Charging Party Organization or Individual – Washington<br>State of Charging Party Organization or Individual – DC | a. Name of Charging Party (include address, city, state, & ZIP)<br>Name of Charging Party Organization or Individual – NATIONAL WEATHER SERVICE EMPLOYEES ORGANIZATION, AFL-CIO<br>N/A<br>N/A<br>City of Charging Party Organization or Individual – Silver Spring<br>State of Charging Party Organization or Individual – MD |
| b. Agency Representative (include name, title, address)<br>First Name – Kelly<br>Last Name – Spence<br>Title – Labor & Employee Relations Officer<br>Street Address – Office of Human Resource Management<br>Street Address 2 – 1401 Constitution Ave NW<br>City – Washingtob<br>State – DC<br>ZIP Code – 20230 | b. Charging Party Representative (include name, title, address)<br>First Name – Richard<br>Last Name – Hirn<br>Title – Richard J. Hirn<br>Street Address – 5335 Wisconsin Ave NW<br>Street Address 2 – Suite 440<br>City – Washington<br>State – DC<br>ZIP Code – 20015 |
| tel. 202-482-8015                fax | tel. (202) 274-1812                fax (202) 686-2877 |
| e-mail  kspence@doc.gov | e-mail  richard@hirnlaw.com |

**3. BASIS OF THE CHARGE**

a. Set forth a clear and concise statement of the facts constituting the alleged unfair labor practice, including date and location of the particular acts.

On January 24, 2025 the Respondent failed to honor the Charging Party's National Consultation Rights by failing to provide it with a reasonable time to present its views and recommendations regarding elimination of telework within the Department of Commerce.

b. Which subsection(s) of 5 U.S.C. 7116(a) do you believe the Agency has violated?
☑ (1) ☐ (2) ☐ (3) ☑ (4) ☐ (5) ☐ (6) ☐ (7) ☐ (8)

c. Have you or anyone else raised this matter in any other procedure?      No ☑ Yes ☐      If yes, where?

☐ Grievance Procedure
☐ Equal Employment Opportunity Commission
☐ Other Administrative or Judicial Proceeding

☐ Federal Mediation and Conciliation Service
☐ Merit Systems Protection Board
☐ Negotiability Appeal to FLRA

☐ Federal Service Impasses Panel
☐ Office of Special Counsel
☐ Other

**4. DECLARATION**

I DECLARE THAT I HAVE READ THIS CHARGE AND THAT THE STATEMENTS IN IT ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.
I UNDERSTAND THAT MAKING WILLFULLY FALSE STATEMENTS CAN BE PUNISHED BY FINE AND IMPRISONMENT, 18 U.S.C. 1001.

THIS CHARGE WAS SERVED ON THE PERSON IDENTIFIED IN BOX 1b BY [check all appropriate boxes]

☐ Certified Mail    ☐ Commercial delivery    ☐ e-mail (see reverse)    ☐ Fax    ☑ 1st Class Mail    ☐ In Person

Richard J. Hirn

| Type or Print Your Name | Your Signature | Date |

# EXHIBIT G



**UNITED STATES DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**
OFFICE OF HUMAN CAPITAL SERVICES

August 29, 2025

MEMORANDUM FOR:    JoAnn Becker
                   NWSEO President

FROM:              Karolyn Turcotte
                   Director, Workforce Relations Division, NOAA

SUBJECT:           Termination Notice


Pursuant to Executive Order "Further Exclusions from the Federal Labor-Management Relations Program" (August 28, 2025) ( https://www.whitehouse.gov/presidential-actions/2025/08/further-exclusions-from-the-federal-labor-management-relations-program/), the National Weather Service (NWS), National Oceanic and Atmospheric Administration (NOAA) hereby terminates any and all collective bargaining agreements currently in effect between NWS and the National Weather Service Employee Organization (NWSEO).  This is effective immediately.

# EXHIBIT H



**UNITED STATES DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**
OFFICE OF HUMAN CAPITAL SERVICES

August 29, 2025

MEMORANDUM FOR:    Greg Gautreaux
                   NWSEO Regional Chairperson

FROM:              Karolyn Turcotte
                   Director, Workforce Relations Division, NOAA

SUBJECT:           Termination Notice

Pursuant to Executive Order "Further Exclusions from the Federal Labor-Management Relations Program" (August 28, 2025) ( https://www.whitehouse.gov/presidential-actions/2025/08/further-exclusions-from-the-federal-labor-management-relations-program/), the National Environmental Satellite, Data, and Information Service (NESDIS), Office of Satellite and Product Operations (OSPO), National Oceanic and Atmospheric Administration (NOAA) hereby terminates any and all collective bargaining agreements currently in effect between the NESDIS, OSPO and the National Weather Service Employee Organization (NWSEO). This is effective immediately.

# EXHIBIT

# I



**UNITED STATES DEPARTMENT OF COMMERCE**
**Office of the General Counsel**
Washington, D.C. 20230

September 4, 2025

**VIA EMAIL**

Sarah Espinosa, Esq.
Arbitrator
sarahmillerespinosa@gmail.com

Richard Hirn, Esq.
NWSEO General Counsel
Richard@hirnlaw.com

      Re:    National Weather Service and National Weather Service Employees
             Organization, FCMS Case No. 250613-07091

Dear Ms. Espinosa and Mr. Hirn:

Pursuant to the Executive Order "Further Exclusions from the Federal Labor-Management
Relations Program" (August 28, 2025), the National Weather Service (NWS) has terminated all
collective bargaining agreements between the NWS and the National Weather Service Employee
Organization (NWSEO).  Accordingly, the NWS will not be participating in any arbitrations
invoked pursuant to any terminated collective bargaining agreements, including the arbitration in
the above-captioned matter scheduled for December 16, 2025.

                        Sincerely,

                        Christina Parel, Esq.
                        Office of the General Counsel
                        U.S. Department of Commerce
                        1401 Constitution Ave. NW
                        Room 5897
                        Washington, DC 20230
                        T: (202) 482-3063
                        F: (202) 501-2878
                        E: cparel1@doc.gov

# EXHIBIT
# J



**UNITED STATES DEPARTMENT OF COMMERCE**
**Office of the General Counsel**
Washington, D.C. 20230

September 4, 2025

**<u>VIA EMAIL</u>**

Joshua M. Javits, Esq.
Arbitrator
joshuajavits@gmail.com

Richard Hirn, Esq.
NWSEO General Counsel
Richard@hirnlaw.com

  Re: National Weather Service and National Weather Service Employees
    Organization, FCMS Case No. 250604-06836

Dear Mr. Javits and Mr. Hirn:

Pursuant to the Executive Order "Further Exclusions from the Federal Labor-Management
Relations Program" (August 28, 2025), the National Weather Service (NWS) has terminated all
collective bargaining agreements between the NWS and the National Weather Service Employee
Organization (NWSEO).  Accordingly, the NWS will not be participating in any arbitrations
invoked pursuant to any terminated collective bargaining agreements, including the arbitration in
the above-captioned matter scheduled for November 20, 2025.

      Sincerely,

      <u>s/ Justin Merhar</u>
      Justin R. Merhar
      U.S. Department of Commerce
      Office of the General Counsel
      1401 Constitution Avenue, NW
      Room 5897
      Washington, DC 20230
      T: (240) 981-2719
      E: jmerhar@doc.gov