UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WEATHER SERVICE EMPLOYEES ORGANIZATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al. <br><br> Defendants. | Civil Action No. 25-2947 (PLF) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendants' Motion for Clarification, for Extension of Time and to Vacate November 14, 2025 Hearing, and the entire record herein, it is hereby

ORDERED that the Defendants motion is GRANTED; and it is further

ODERED that the hearing scheduled for November 14, 2025 as set forth in the Court's October 31, 2025 order is vacated; and it is further

ORDERED that the parties shall proceed with the submission of a joint status report by November 7, 2025, as set forth in the Court's order dated October 27, 2025; and it is further

ORDERED that the government's deadline to respond to Plaintiffs' motion for preliminary injunction is extended until further order of the Court following submission of the November 7, 2025 status report.

SO ORDERED:

_____        _____
Date                          Paul L. Friedman
                              United States District Judge