**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL WEATHER SERVICE SERVICE EMPLOYEES ORGANIZATION, *et al.*, | : : : : |
| Plaintiffs, | : : |
| v. | : Case No. 1:25-cv-02947-PLF |
| DONALD J. TRUMP, *et al.*, | : : : |
| Defendants. | : : |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____ 2025, upon consideration of the Defendants' Corrected Motion for Clarification, for Extension of Time, and to Vacate November 14, 2025, Hearing (ECF No. 19), and the opposition thereto, it is hereby

ORDERED that the motion is DENIED; and it is

FURTHER ORDERED that Defendants' Response to Plaintiffs' Motion for Preliminary Injunction is due to be filed on November 6, 2025, and that Plaintiffs' Reply is due to be filed on November 12, 2025.

**SO ORDERED.**

Dated: _____      _____
                                HONORABLE PAUL L. FRIEDMAN
                                UNITED STATES DISTRICT JUDGE