UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WEATHER SERVICE EMPLOYEES ORGANIZATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al. <br><br> Defendants. | Civil Action No. 25-2947 (PLF) |

**JOINT STATUS REPORT**

Pursuant to this Court's October 27, 2025 and November 5, 2025 Minute Orders, Plaintiffs and Defendants, by undersigned counsel, respectfully submit this Joint Status Report as regards a schedule for further proceedings in this matter. The Court's October 27, 2025 Minute Order directed the Parties to meet and confer and file a joint status report that "include[s] the following: (1) proposed dates for an oral argument on plaintiffs' motion; (2) proposed deadlines for defendants' response to plaintiffs' motion for preliminary injunction and plaintiffs' reply in view of the oral argument dates proposed; (3) the parties' positions on whether it would be more efficient to proceed directly to the merits of the case on an expedited summary judgment briefing schedule; and (4) if the parties agree to move directly to summary judgment, a proposed schedule for expedited summary judgment briefing."

1.  Counsel for the parties met and conferred and provide the proposal below for completing briefing on Plaintiffs' preliminary injunction motion and a proposed hearing date. Accounting for, among other things, the time required by Defendants to obtain agency declarations in connection with the preparation of a response to Plaintiffs' motion, intervening holidays

(Veterans Day and Thanksgiving) and scheduling conflicts of counsel identified during the parties' conferral, the parties propose the following schedule:

    a. <u>Proposed Briefing Schedule</u>:  The parties propose November 19, 2025, as Defendants' deadline to respond to the motion for preliminary injunction and November 26, 2025, as Plaintiffs' reply deadline.

    b. <u>Proposed Hearing Dates</u>:  With respect to a date for the hearing on the motion, the parties propose December 4, 2025, December 5, 2025, or December 8, 2025, to the extent one of those dates is convenient for the Court.[1]

2. The parties do not agree to proceed directly to the merits of the case on an expedited summary judgment briefing schedule. The parties propose that they meet and confer and submit a proposed summary judgment briefing schedule after Plaintiffs' preliminary injunction motion is resolved, and that the deadline for Defendants to respond to the Complaint—currently extended by the Chief Judge's October 1, 2025, Standing Order No. 25-55 in light of the lapse in appropriations—be stayed in the meantime.

DATED: November 7, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Richard J. Hirn*<br>RICHARD J. HIRN<br>D.C. Bar No. 291849<br>5335 Wisconsin Ave., NW, Suite 440<br>Washington, D.C. 20015<br>(202) 274-1812<br>richard@hirnlaw.com<br><br>*Attorney for Plaintiffs* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By: */s/ Jeremy S. Simon*<br>JEREMY S. SIMON<br>Assistant United States Attorney<br>D.C. Bar No. 447956<br>601 D St. NW<br>Washington, DC 20530<br>(202) 252-2528 |

---

[1] Plaintiffs' counsel notes that he is unavailable on December 2, 3, 9 and 15 due to other hearings and court appearances.

Jeremy.simon@usdoj.gov

*Attorneys for the United States of America*