Exhibit 1

# Join POPA

## Our new dues paying platform is live!!!

As of 10/10/25, we have started mailing our membership the information on how to join, both to personal email addresses and last known mailing address*. If you are already a member but do not receive that information, or if you are interested in joining, please use a non-uspto email to contact popamembership@popa.org (mailto:popamembership@popa.org). Provide your employee number and business unit, to confirm that you are in our bargaining unit. We will then send you the sign-up link.

*The agency does not share address information with us; information will be mailed to the last address you gave us

## Join POPA. Stand With Us.

**BENEFITS OF JOINING POPA**

- You are eligible to vote for the leaders of POPA who will represent your interests as an employee in negotiations or in a grievance.
- You have a voice and a vote in the policies and positions taken by POPA on your behalf.
- You may participate directly in your Association by becoming an officer or delegate.
- POPA will stand with members, providing representation in actions and grievances with management.
- POPA continues to work with PTO management regarding workplace health and safety, examiner performance and evaluation, and many other issues of importance to the examining corps.
- POPA may represent you in a proposed removal (based on performance or conduct) or suspension.

[Search]

[Go]

**Recent Newsfeed Posts**



Trump Admin Seeks To Cancel Hearing In Union Case (/blog/trump-admin-seeks-to-cancel-hearing-in-union-case/)



Patent Examiners' Union Moves to Enjoin Trump from Barring Membership While Lawsuit Plays Out (/blog/patent-examiners-union-moves-to-enjoin-trump-from-barring-membership-while-lawsuit-plays-out/)

**POPA's Third-Party Platform is live! (/blog/popas-third-party-platform-is-live/)**



Defendant's Objection to Relatedness Overruled (/blog/defendants-objection-to-relatedness-overruled/)



Feds Want USPTO Union Suits Over Trump Order Reassigned (/blog/feds-want-uspto-union-suits-over-trump-order-reassigned/)

| | | | | |
|---|---|---|---|---|
| Litigation Updates (/litigation-updates/) | Association Grievances/ULPs (/filings-ulpgrievance/) | Topics (/about/) | Join POPA (/forms/) | Contact POPA (/contact-popa/) |
| | | "Fork in the Road" (FiR) (/about/fork-in-the-road-fir-info/) | About Us (/forms/about-us/) | Executive Committee Roster (http://popa.org/static/media/uplo |
| | | Grievances (/about/grievances/) | | |
| | | Association Grievances Filed (/about/grievances/association-grievances-filed/) | | |
| | | Investigatory Meetings (/about/investigatory-meetings/) | | |
| | | Joint Labor Management Committee (JLM) (/about/joint-labor-management-committee-jlm/) | | |
| | | Performance (/about/advocacy/) | | |
| | | FY 2025 PALM Calendar (http://popa.org/static/media/uploads/uploads/2025/FY2025PALMCalendar.pdf) | | |
| | | Written Warnings (/about/advocacy/written-warnings/) | | |
| | | Performance Management Process (http://popa.org/static/media/uploads/uploads/2025/MOUPerformManagementProcess12 | | |
| | | CBA (2024-2029) (/about/cba-2024-2029/) | | |
| | | POPA Representation (/about/popa-representation/) | | |
| | | Proposed Suspensions & Removals (/about/adverse-actions-and-discplinary-actions-and-grievances/) | | |
| | | Telework (/about/telework/) | | |

Unfair Labor
Practices
(/about/unfair-
labor-practices/)

Work / Life
Balance
(/about/work-life-
balance/)

Holiday Leave and
Working on a
Holiday
(/about/work-life-
balance/holiday-
leave-and-working-
on-a-holiday/)

**Recent Newsfeed Posts**

 **Trump Admin Seeks To Cancel Hearing In Union Case (/blog/trump-admin-seeks-to-cancel-hearing-in-union-case/)**

 **Patent Examiners' Union Moves to Enjoin Trump from Barring Membership While Lawsuit Plays Out (/blog/patent-examiners-union-moves-to-enjoin-trump-from-barring-membership-while-lawsuit-plays-out/)**

 **POPA's Third-Party Platform is live! (/blog/popas-third-party-platform-is-live/)**

 **Defendant's Objection to Relatedness Overruled (/blog/defendants-objection-to-relatedness-overruled/)**

**Feds Want USPTO Union Suits Over Trump Order Reassigned (/blog/feds-want-uspto-union-suits-over-trump-order-reassigned/)**

Search

Go