UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WEATHER SERVICE EMPLOYEES ORGANIZATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al. <br><br> Defendants. | Civil Action No. 1:25-cv-2947 (PLF) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' motion for preliminary injunction, Defendants' opposition, and the entire record herein, it is hereby

ORDERED that Plaintiffs' motion for preliminary injunction is DENIED.

SO ORDERED:

_____                          _____
Date                                                                     PAUL L. FRIEDMAN
                                                                              United States District Judge