UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WEATHER SERVICE EMPLOYEES ORGANIZATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al. <br><br> Defendants. | Civil Action No. 25-2947 (PLF) |

## ERRATA

Defendants, by and through undersigned counsel, file this errata to correct a typographical error in Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 23) (the "Opposition"). Specifically, the second line on page 29 of the Opposition inadvertently refers to the "FSLMRS" instead of the Invention Secrecy Act ("Act") as had been intended (as reflected by the subsequent statutory citation within the same sentence). Accordingly, the applicable sentence (beginning on the last line of page 28 of the Opposition (ECF page 36) and concluding on the sixth line of page 29 (ECF page 37)) should be corrected to replace "the FSLMRS" with "that Act" (highlighted in bold in the excerpt below to assist in identifying the correction) so that it reads:

Plaintiffs' assertion that the USPTO "does not assess whether the release of patent applications could harm national security" under the Invention Secrecy Act (Pls.' Mot. at 31) is contrary to **that Act** which states that "[w]henever the publication or disclosure of an invention by the publication of an application or by the granting of a patent . . . might, *in the opinion of the Commissioner of Patents*, be detrimental to the national security, he shall make the application for patent in which such invention is disclosed available for inspection to" defense agencies. *See* 35 U.S.C. § 181 (emphasis added).

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Jeremy S. Simon
    JEREMY S. SIMON, D.C. Bar #447956
    Assistant United States Attorney
    601 D. Street, N.W.
    Washington, D.C. 20530
    (202) 252-2528
    Jeremy.Simon@usdoj.gov

*Attorneys for the United States of America*