IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WEATHER SERVICE SERVICE EMPLOYEES ORGANIZATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-02947-PLF |

**UNOPPOSED MOTION FOR LEAVE TO FILE DECLARATIONS ACCOMPANYING REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Local Civil Rule 65.1(c) and Local Civil Rule 7, Plaintiffs National Weather Service Employees Organization ("NWSEO") and Patent Office Professional Association ("POPA") file this Unopposed Motion for Leave to File Declarations Accompanying Reply in Support of Plaintiffs' Motion for Preliminary Injunction. The grounds for this motion are as follows:

1. Local Civil Rule 65.1(c) provides that "[s]upplemental affidavits" to an application for a preliminary injunction "may be filed only with permission of the Court."

2. On October 24, 2025, Plaintiffs filed a motion for preliminary injunction, accompanied by declarations of five witnesses (Patricia Duffy, JoAnn Becker, Robert Stoll, Richard Spinrad, and Gabriel Chu). ECF Nos. 15 – 15-6 (originals) & ECF Nos. 17 – 17-3 (errata).

3. On November 19, 2025, Defendants filed an opposition to Plaintiffs' motion, accompanied by the declarations of Valencia Martin-Wallace and Taylor Jordan. ECF Nos. 23 – 23-3.

1

4. Plaintiffs will be filing a reply in support of their motion for preliminary injunction on November 26, 2025, as agreed upon by the parties in their Joint Status Report, ECF No. 22, which was submitted to the Court on November 7, 2025.

5. The Martin-Wallace and Jordan declarations submitted by Defendants contain numerous factual assertions, which Plaintiffs intend to address in their reply brief. Plaintiffs request leave to submit declarations in response to these factual assertions, as such declarations are necessary to adequately reply to the arguments raised by Defendants. Specifically, Plaintiffs request leave to submit a first declaration by Craig McLean, who has not previously had reason to give a declaration in this matter, and second declarations by Patricia Duffy and JoAnn Becker, whose supplemental declarations provide facts in rebuttal to assertions raised by Defendants.

6. On November 25, 2025, at 2:50 p.m., counsel for Plaintiffs emailed counsel for Defendants seeking to ascertain Defendants' position on the instant motion, and provided finalized copies of the declarations referred to in Paragraph 5, above, and draft copy of this motion. The parties further conferred, including by telephone, and Defendants advised that they do not oppose the request for leave to file the supplemental declarations with the understanding that Plaintiffs, in turn, will not take a position in opposition to a motion by Defendants for leave to file a supplemental declaration should Defendants determine a supplemental declaration is warranted.

DATED: November 26, 2025                             Respectfully submitted,

By:    */s/ Richard J. Hirn*
       RICHARD J. HIRN
       D.C. Bar No. 291849
       5335 Wisconsin Ave., NW, Suite 440
       Washington, D.C. 20015
       (202) 274-1812
       richard@hirnlaw.com

       *General Counsel for NWSEO and POPA*

3

/s/ April H. Pullium

KEITH R. BOLEK
D.C. Bar No. 463129
APRIL H. PULLIUM
D.C. Bar No. 198026
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue, Suite 800
Washington, D.C. 20015
(202) 362-0041
kbolek@odonoghuelaw.com
apullium@odonoghuelaw.com

*Counsel for Plaintiffs*