IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL WEATHER SERVICE EMPLOYEES ORGANIZATION**, et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Case No. 1:25-cv-02947-PLF |
| **DONALD J. TRUMP**, et al., | : : | |
| Defendants. | : : | |

### DECLARATION OF CRAIG N. MCLEAN

I, Craig Norman McLean, of Olney, Maryland, declare under penalty of perjury pursuant to 28 U.S.C. §1746, that the following are true and correct statements:

1. I was commissioned as an Ensign in the NOAA Commissioned Corps in 1981 and served in operational, administrative, and legal positions until my retirement in the grade of Captain in 2006. I was immediately thereupon hired into the federal Senior Executive Service as Deputy Assistant Administrator of Oceans and Atmospheric Administration. During this time I twice served as acting Assistant Administrator for Research, responsible for ocean, coastal, weather, and climate research.

2. In 2016 I was selected and appointed to the position of Assistant Administrator for Research of NOAA where I served until my retirement in 2022. In

this position I was the senior career official responsible for NOAA research in ocean, coastal, weather, and climate areas and required to routinely engage with the operational Lines in NOAA including the National Weather Service and the National Earth Satellites and Information Service in matters related to the collective NOAA mission.

3. From January 2017 through September 2020, and from January 2020 through my retirement in 2022 I served as acting Chief Scientist of NOAA.

4. The Chief Scientist has functional authority over NOAA's scientific enterprise. The Assistant Administrator for Research has direct line authority for the research budget, laboratories and direction of the Oceans and Atmospheric Research line organization of NOAA, which is responsible to perform research aligned with the mission needs of the operating lines including the National Weather Service and National Earth Satellites Data and Information Service, as well as the National Marine Fisheries Service and the National Ocean Service.

5. With over forty years in commissioned uniform service and Senior Executive Service to NOAA, I have a developed foundation of understanding of the agency missions and performance under the formal and legal roles of NOAA organizations.

6. I have read Executive Order 14,343 of August 28, 2025.

7. I have read the declaration of Mr. Taylor Jordan, Assistant Secretary of Commerce for Environmental Observation and Prediction. I find paragraph 3 of that Declaration to have a misplaced reliance on elements of the history of NOAA to support the assertion that the National Weather Service and the National Satellite

Data and Information Service are and were created for a purpose of national security.

8. The Declaration of Mr. Jordan cites at paragraph 3, the Marine Resources and Engineering Development Act of 1966, Public Law 89-454. The law's policy and objectives are stated at Section 2(a) and defines "the policy of the United States to develop, encourage, and maintain a coordinated, comprehensive, and long-range national program in marine science for the benefit of mankind to assist in protection of health and property, enhancement of commerce, transportation, and national security, rehabilitation of our commercial fisheries, and increased utilization of these and other resources." And that law further states in the section immediately following, at Section 2(b), the marine science activities should include the expansion of human knowledge, development and utilization of marine resources, investment in exploration, marine technology development, the role of the United States as a leader in marine science, education and training in marine science, cooperation with other nations and groups of nations and international organizations in marine science. While commerce, transportation, and national security are among the objectives of this law and cited in Mr. Jordan's Declaration, the goals of this law are far more broadly and thoroughly applied to marine science. Beyond its mention, there is not a focus on national security. Neither weather nor satellites are mentioned in the law, though both activities existed in government. Further, that law established a commission to address the needs of the nation in

marine science and marine resources. That commission created by the law recommended the establishment of NOAA.

9. Further in paragraph 3 of Mr. Jordan's Declaration is the mention of Presidential Reorganization Plan No. 4 in 1970, now codified at 5 U.S.C. App §104 (2010) which indeed transferred to NOAA certain functions of the then Department of Defense. These functions were: the National Oceanographic Data Center, the National Oceanographic Instrumentation Center, the U.S. Lake Survey of the Army Corps of Engineers.

10. The National Oceanographic Data Center is today incorporated into the NESDIS National Centers for Environmental Information (NCEI) which provide open access to weather, satellite, ocean, and coastal data sets and has further enabled access to many of these weather, climate, and ocean data sets by download to commercial vendors including Google, Microsoft, Amazon, and IBM. NOAA's scientific expertise and international leadership has evolved to find NOAA/NCEI including the data incorporated from the National Oceanographic Data Center and its progeny to have become the host of international and multinational aggregations of data sets from the world's oceans. NOAA is the backbone of the global ocean data center for the Intergovernmental Oceanographic Commission of the United Nations, where I served as the United States Head of Delegation for eleven years. The data is broadly available and disseminated to anyone from any country at any time.

11. The National Oceanographic Instrumentation Center was distributed to various components of NOAA Line Organizations and assimilated through this distribution.  No remaining portion of this entity was recognizable or labeled as a National Security activity when I joined NOAA in 1981, as a hydrographic service officer responsible for mapping the ocean. That mapping produced navigation charts of U.S. waters, and were available for sale to anyone, of any nation, at any time. The only exclusion from this was the use of mapping technology of such a resolution as to concern the Navy. The data was eventually incorporated into publicly available nautical charts.

12. The mission of the U.S. Lake Survey of the U.S. Great Lakes became distributed to  principally two mission areas of NOAA, the National Ocean Service, and the Office of Oceanic and Atmospheric Research. The National Ocean Service took up the mission of bathymetric mapping and charting producing navigation charts of the Great Lakes for sale to anyone, of any nation, at any time.  The determination of water levels on the U.S. Great Lakes was also transferred to the National Ocean Service where duties of similar engineering surveying were already performed for saltwater bays and oceans within the Coast and Geodetic Survey. The scientific research of the Great Lakes ecosystems was assigned to the Office of Oceans and Atmospheric Research. The research results were and are published in agency reports and scientific journals, available to anyone, of any nation, at any time. I knew of no national security labels or pronouncements regarding this information other than the general contributions to national environmental and

economic security throughout and across the multiple missions of NOAA for the betterment of the nation's people, prosperity, and safety, but clearly sharing that information broadly.

13. The control center for NOAA satellites and satellite operations includes both federal employees and commercial contractors at the control stations.

14. The Taylor declaration asserts at paragraph 9 that the primary function of the National Weather Service is to support the Department of War, and at paragraph 3, that this work arises from authorities transferred from the current Department of War, or the Department of Defense at the time of NOAA's creation in 1970. I find this heritage difficult to verify. The National Weather Service has its origins in the U.S. Army Signal Corps in 1870, where it expanded from coastal and marine weather to encompass national coverage for all citizens of the nation. The Weather Bureau was moved in 1940 to the Department of Commerce where it has remained until this day. The domestic military forces and installations enjoy the benefits of the National Weather Service in addition to all citizens of the United States and other nations, and the commercial interests of the approximately $10B domestic commercial weather industry.

15. The Taylor declaration at paragraph 9 asserts that the National Weather Service has a primary national security function for the Department of War/Defense. The annual fiscal appropriation for the National Weather Service arises in other Congressional committees, not those created for Defense, and the

mission authority to allocate spending is contained within NOAA of the Department of Commerce, not the Department of Defense or War.

16. Changing the labels of the NWS and NESDIS components of operation to that of a national security mission may have unintended consequences to the quality of the weather forecasts and the availability of NOAA's global leading and globally inspiring scientific information. Much of NOAA's research enterprise which I formerly led and know very well, is reliant upon the contributions of the academic university community of researchers as well as the NOAA federal researchers. Further, the current administration has and continues to support the rigorous engagement of the community of researchers outside of government to add their intellect and skill to the perfection of weather and climate models. The current NOAA Administrator, Dr. Neil Jacobs, was a major proponent of such outside access and engagement to the models of the National Weather Service, and to open the availability of modeling code to the world. If the label of national security is to be rationally applied to the mission and people of the National Weather Service, it may be difficult to see the limits of that definition restrained to certain people only, and not to their work. The data repository of the NESDIS work is a global asset that similarly inspires, informs, and benefits from contributions of other nations to construct the international body of information defining the ocean.

17. The NOAA Tsunami Warning Centers of the National Weather Service provide tsunami warnings based on continued research from the Oceanic and Atmospheric Research line of NOAA. While these warnings are utilized by

Department of War personnel, bases, and assets, the personnel, bases, and assets of the multiple nations of the world, each of the coastal states of the United States, and commercial shipping companies also rely on the forecasts.

18. The NOAA National Ice Center and the Ocean Prediction Center of NOAA provide openly accessible information for the any person, of any nation, at any time. The Navy adds their own meteorological analysis and layers of protection to their own movements whether for ice or marine routing. NOAA's role along with the Coast Guard is to promote global maritime safety as well as domestic maritime safety and avoids unnecessary redundancy by relying on NOAA in part for their information.

19. The traditional national security bodies of information retained by the Department of War/Defense are not included in the NOAA open data bases or products and are not shared with NOAA. The bright line distinction of national security information and open meteorological and oceanographic data has been richly established and continually observed.

20. NOAA has not been previously created, legislated, regarded, or operated as primarily national security agency throughout my forty years of service in uniform and as a senior executive in charge of a major portion of that agency. Were it to be so it would be hard to justify the proposed reductions in programs and budgets contained in the 2026 President's Budget Proposal for NOAA.

I declare under penalty of perjury that the foregoing is true and correct. I execute this statement on November 24, 2025.

_____
Craig N. McLean