IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WEATHER SERVICE SERVICE EMPLOYEES ORGANIZATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-02947-PLF |

**PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE DECLARATIONS ACCOMPANYING REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' Unopposed Motion for Leave to File Declarations Accompanying Reply, it is hereby ORDERED that the motion is GRANTED. The Declaration of Craig McClain, Second Declaration of JoAnn Becker, and Second Declaration of Patricia Duffy, which were submitted with Plaintiffs' motion, are hereby deemed filed and are properly before the court.

DATED: _____, 2025                              _____

The Honorable Paul L. Friedman

United States District Judge