IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL WEATHER SERVICE SERVICE EMPLOYEES ORGANIZATION, and PATENT OFFICE PROFESSIONAL ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-02947-PLF |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____ 2025, upon consideration of the Plaintiff's Motion for a Preliminary Injunction (Dkt. No. 15), it is hereby

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that Section 2 of the Executive Order entitled *Exclusions from Federal Labor-Management Relations Programs*, Exec. Order No. 14,251, 90 Fed. Reg. 14553 (Mar. 27, 2025), is unlawful as applied to the bargaining units represented by Plaintiffs; specifically, the bargaining units represented by Plaintiff NWSEO at the National Weather Service ("NWS") and the Office of Satellite Products and Operations ("OSPO") in the National Environmental Satellite, Data and Information Service ("NESDIS"); and the bargaining unit represented by Plaintiff POPA at the U.S. Patent and Trademarks Office ("USPTO"); and it is

FURTHER ORDERED that Section 2 of the Executive Order entitled *Further Exclusions from Federal Labor-Management Relations Programs*, Exec. Order No. 14,343, 90 Fed. Reg.

42683 (Aug. 28, 2025), is unlawful as applied to the bargaining units represented by Plaintiffs; and it is

FURTHER ORDERED that all Defendants, with the exception of President Trump, are enjoined from implementing Section 2 of Executive Order Nos. 14,251 and 14,343, with respect to the bargaining units represented by Plaintiffs; and it is

FURTHER ORDERED that the parties shall meet and confer and file a joint status report within two weeks from the date of this Order, proposing a joint schedule for how this case should proceed.

**SO ORDERED.**

Dated: _____    _____
                            HONORABLE PAUL L. FRIEDMAN
                            UNITED STATES DISTRICT JUDGE