UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WEATHER SERVICE EMPLOYEES ORGANIZATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al. <br><br> Defendants. | Civil Action No. 25-2947 (PLF) |

**ORDER**

Upon consideration of Defendants' Motion for Leave to Submit A Declaration *Ex Parte, In Camera* and the entire record herein, it is this ____ day of December 2025,

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that Defendants are granted leave to submit an *ex parte,* and *in camera* declaration in support of Defendants' opposition to Plaintiffs' motion for preliminary injunction.

**SO ORDERED.**

_____
United States District Judge