UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WEATHER SERVICE EMPLOYEES ORGANIZATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al. <br><br> Defendants. | Civil Action No. 25-2947 (PLF) |

**JOINT STATUS REPORT**

Pursuant to this Court's direction at the conclusion of the preliminary injunction hearing on December 10, 2025, Plaintiffs and Defendants, by undersigned counsel, respectfully submit this Joint Status Report as regards a proposal for further proceedings in this matter.

1. Having met and conferred, counsel for the parties jointly propose that the Court stay Defendants' deadline to respond to the Complaint, currently December 29, 2025, and defer establishing any summary judgment briefing schedule until after a decision issues in the pending appeal of this Court's preliminary injunction orders in *National Treasury Employees Union v. Trump*, No. 25-5157 (D.C. Cir.), *American Foreign Service Association v. Trump,* No. 25-5184 (D.C. Cir.), and *Federal Education Association, et al. v. Trump*, No. 25-5303 (D.C. Cir.). The parties propose that, within 14 days after the issuance of a decision in those appeals, they file a joint status report with their respective positions for proceeding.

2. Plaintiffs state that they agree to the above with the understanding that it is without prejudice to their pending motion for a preliminary injunction, and Defendants state that their agreement to the above is without prejudice to Defendants seeking a stay in the event of a preliminary injunction.

DATED: December 19, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Richard J. Hirn* <br> RICHARD J. HIRN <br> D.C. Bar No. 291849 <br> 5335 Wisconsin Ave., NW, Suite 440 <br> Washington, D.C. 20015 <br> (202) 274-1812 <br> richard@hirnlaw.com <br><br> *Attorney for Plaintiffs* | JEANINE FERRIS PIRRO <br> United States Attorney <br><br> By: */s/ Jeremy S. Simon* <br> JEREMY S. SIMON <br> Assistant United States Attorney <br> D.C. Bar No. 447956 <br> 601 D St. NW <br> Washington, DC 20530 <br> (202) 252-2528 <br> Jeremy.simon@usdoj.gov <br><br> *Attorneys for the United States of America* |