# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WEATHER SERVICE SERVICE EMPLOYEES ORGANIZATION, *et al.*, | : : : |
| Plaintiffs, | : : |
| v. | : :   Case No. 1:25-cv-02947-PLF |
| DONALD J. TRUMP, *et al.*, | : : |
| Defendants. | : : |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that April H. Pullium is withdrawing her appearance as counsel for Plaintiffs in the above-captioned case. Plaintiffs will continue to be represented by other counsel of record.

Dated: February 12, 2026

                                                        Respectfully submitted,

                                                        */s/ April H. Pullium*

                                                        April H. Pullium
                                                        O'Donoghue & O'Donoghue LLP
                                                        5301 Wisconsin Avenue, Suite 800
                                                        Washington, D.C. 20015
                                                        (202) 362-0041
                                                        apullium@odonoghuelaw.com